■ Charles F. Evans Company, Inc., Respondent, v Zurich Insurance Company, Appellant. [691 NYS2d 367] —Appeals (1) from an order of the Supreme Court (Ellison, J.), entered July 1, 1998 in Chemung County, which, *inter alia*, granted

plaintiff's motion for summary judgment, and (2) from the judgment entered thereon.

Order and judgment affirmed, upon the opinion of Justice William N. Ellison.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order and judgment are affirmed, with costs.